# United States District Court for the Southern District of New York

CALIPH AMILCAR BEY WILSON EL )
)
Plaintiff )
) Case No. 14 CV 9055
Vs )
)
THE CITY OF NEW YORK; MAYOR )
BILL DE BLASIO, in his individual )
capacity and official; NEW YORK CITY ) **COMPLAINT FOR DECLARATORY**
POLICE COMMISSIONER, WILLIAM ) **AND INJUNCTIVE RELIEF AND**
JOSEPH "Bill" BRATTON, in his ) **INDIVIDUAL DAMAGES**
individual capacity and official; DANIEL )
OMAHONEY (NYPD) Badge #1637, )
TAX #950980, in his individual capacity; ) JUDGE WOODS
BRIAN K. GARCIA (NYPD) TAX )
#950965, in his individual capacity; )
)
)
)
Defendant(s) )
)

---

BE IT KNOWN, Pro-se Plaintiff, Caliph Amilcar Bey Wilson El formerly known as

Caliph Amilcar Wilson, Pro-se, hereafter, Caliph Amilcar Bey Wilson El or Plaintiff

moves this court for COMPLAINT FOR DECLARATORY AND INJUNCTIVE

RELIEF AND INDIVIDUAL DAMAGES against THE CITY OF NEW YORK;

MAYOR BILL DE BLASIO, in his individual capacity and official; NEW YORK

CITY POLICE COMMISSIONER, WILLIAM JOSEPH "Bill" BRATTON, in his

individual capacity and official; DANIEL OMAHONEY (NYPD) Badge #1637, TAX

#950980, in his individual capacity; BRIAN K. GARCIA (NYPD) TAX #950965, in

his individual capacity collectively "Defendant(s)". Pro-se Plaintiff respectfully

request the indulgence of this court as Pro-se Plaintiff herein is not schooled in law.

This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519, herein by

referenced.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
AND INDIVIDUAL DAMAGES

## Parties

A.  Plaintiff, and Claimant, CALIPH AMILCAR BEY WILSON EL, hereafter
CALIPH AMILCAR BEY WILSON EL or Plaintiff is an individual residing
in the State of New York.

B.  Defendant(s), and Respondent, NEW YORK CITY MAYOR BILL DE
BLASIO, hereafter MAYOR BILL DE BLASIO or Defendant(s) is an
individual believed to be residing in the State of New York.

C.  Defendant(s), and Respondent, NEW YORK CITY POLICE
COMMISSIONER, WILLIAM JOSEPH "Bill" BRATTON, hereafter
COMMISSIONER WILLIAM JOSEPH "Bill" BRATTON or Defendant(s)
is an individual believed to be residing in the State of New York

D.  Defendant(s), and Respondent, DANIEL OMAHONEY (NYPD) Badge
#1637, TAX #950980, ET AL, hereafter DANIEL OMAHONEY or
Defendant(s) is an individual believed to be residing in the State of New
York.

E.  Defendant(s), and Respondent, BRIAN K. GARCIA (NYPD) TAX #950965,
ET AL, hereafter BRIAN K. GARCIA or Defendant(s) is an individual
believed to be residing in the State of New York.

F.  Defendant(s), and Respondent, CITY OF NEW YORK, hereafter CITY OF
NEW YORK or Defendant(s) is a corporation organized and existing under
the laws of the State of New York.

## PLAINTIFF DEMAND FOR A JURY TRIAL

Plaintiff, herein referenced, asserts his rights under the Seventh

Amendment to the United States Constitution and demands a trial by jury on all issues of fact, in accordance with Federal Rule of Civil Procedure 38.

## PRELIMINARY STATEMENT

1. This is a civil rights action in which named Plaintiff Caliph Amilcar Bey Wilson El formerly known as Caliph Amilcar Wilson, Pro-se, hereafter,  Caliph Amilcar Bey Wilson El or Plaintiff seeks relief for Defendants' violation of his rights, privileges, and immunities secured by the Civil Rights Act of 1871, 42 U.S.C. §1983, the Fourth and Fourteenth Amendments to the United States Constitution, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000(d), *et seq.* ("Title VI), and the Constitution and laws of the State of New York.

2. The Defendants in this action, the City of New York ("City"), New York City Police Commissioner William Joseph "Bill" Bratton ("Commissioner Bill Bratton"), the Mayor of the City of New York, Bill de Blasio ("Mayor Bill de Blasio"), New York City Police Officers, Daniel  Omahoney (NYPD) Badge #1637, TAX #950980 and Brian K. Garcia (NYPD) TAX #950965 have implemented and are continuing to enforce, encourage and sanction a policy, practice and/or custom of unconstitutional stops and seizures of "We the people" including Plaintiff herein who is One of the people, by the New York Police Department ("NYPD") which are being done without due process required under the Fourth Amendment pursuant to the United States Constitution Bill of Rights that prohibits unreasonable searches and seizures and requires any warrant to be judicially sanctioned and supported by probable cause.

3. In addition, this pattern and practice of unconstitutional stops and seizure of "We the people", by NYPD officers, often have used, and continue to use, race and/or

national origin not reasonable suspicion, as the determinative factors in deciding to perform unreasonable stops, searches and seizures of "We the people" in violation of the Equal Protection Clause of the Fourteenth Amendment. The victims of such racial and/or national origin profiling are principally Moors, Black and Latino males.

4.  The NYPD's widespread constitutional abuses have flourished as a result of and are directly and proximately caused by, policies, practices and/or customs devised, implemented and enforced by the City, Commissioner Bill Bratton and Mayor Bill de Blasio. The City, Commissioner Bill Bratton and Mayor Bill de Blasio have acted with deliberate indifference to the constitutional rights of those who would come into contact with NYPD officers by: (a) failing to properly screen, train, and supervise NYPD officers, (b) inadequately monitoring NYPD officers and their stops, searches and seizures practices, (c) failing to sufficiently discipline NYPD officers who engage in constitutional abuses, and (d) encouraging, sanctioning and failing to rectify the NYPD's unconstitutional practices.

5.  As a direct and proximate result of Defendants' policies, practices and/or customs, hundreds of thousands of we the people and City residents, in particular Moors, Blacks and Latino individuals, have been subjected to unconstitutional stops, searches and seizures by NYPD officers. Indeed, many Moors, Blacks and Latino persons repeatedly have been victims of suspicion-less stops, searches and seizures by the NYPD. Moreover, the NYPD's constitutional abuses have been attended by unlawful searches and seizures and, at times, excessive force, of which the fatal shooting of several innocent people by NYPD officers for which there are several tragic examples.

6.  The named Plaintiff herein petitions this court for the purpose of obtaining injunctive and declaratory relief and Individual damages. The named Plaintiff

herein seeks a judgment declaring that the policies, practices and/or customs described herein violate the Fourth and Fourteenth Amendments and a injunction enjoining Defendants from continuing such policies, practices and/or customs. In addition, the named Plaintiff seeks compensatory and punitive damages for damages. Also Plaintiff seeks an award of pro se attorneys' fees and costs and such other relief as this Court deems equitable and just.

## JURISDICTION

8.   Jurisdiction is conferred upon this Court under 28 U.S.C. §§ 1331 and 1343(3) and (4), as this action seeks redress for the violation of Plaintiff constitutional and civil rights.

9.   Plaintiff claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

10.   Plaintiff further invoke this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(a), over any and all state constitutional and state law claims that are so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy.

## VENUE

11.   Venue is proper in the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1391 (b) and (c).

## JURY DEMAND

12.   Plaintiff demand trial by jury in this action on each and every one of their claims.

## STATUS OF PARTIES

### Plaintiff

14.   Plaintiff, Caliph Amilcar Bey Wilson El formerly known as Caliph Amilcar Wilson, hereafter, Caliph Amilcar Bey Wilson El or Plaintiff is an American

Moor/National who domiciles in New York State. Plaintiff domiciles in and/or visits neighborhoods where NYPD officers are and/or have been deployed and conduct stops, searches and seizures of "We the People".

Defendants

15.   Defendant CITY OF NEW YORK ("City") is a municipal entity created and authorized under the laws of the State of New York. It is authorized under the laws of the State of New York to maintain a police department, the NYPD, which acts as its agent in the area of law enforcement and for which it is ultimately responsible. The City assumes the risks incidental to the maintenance of a police force and the employment of police officers. The NYPD's operations include the operations as described herein. On information and belief, the law enforcement activities of the NYPD are funded, in part, with funds from the federal government.

16.   Defendant New York City Police Commissioner Bill Bratton is and was, at all times relevant herein, the Police Commissioner for the City, and is and was responsible for, and the chief architect of, the policies, practices and/or customs of the NYPD, a municipal agency of the City. He is and was, at all times relevant herein, responsible for the hiring, screening, training, retention, supervision, discipline, counseling and control of the police officers under his command who are or were employed by the NYPD, including the Defendants named herein. He is sued individually and in his official capacity.

19.   Defendant Bill de Blasio is and was, at all times relevant herein, the Mayor of the City of New York and the chief policy making official for the City and its departments, including the NYPD. He is sued in both his individual and official capacities.

20.   Defendant DANIEL OMAHONEY is, and/or was, at all times relevant herein, an officer, employee and agent of the NYPD, a municipal agency of the City. Daniel

Omahoney is being sued in his individual capacity.

21.     Defendant BRIAN K. GARCIA is, and/or was, at all times relevant herein, an officer, employee and agent of the NYPD, a municipal agency of the City. Brian K. Garcia is sued in his individual capacity.

22.     At all times relevant herein, Defendants Daniel Omahoney, Brian K. Garcia, Mayor Bill de Blasio and Commissioner Bill Bratton have violated clearly established constitutional standards under the Fourth Amendment and the Equal Protection Clause of the Fourteenth Amendment of which a reasonable person would have known.

# AFFIDAVIT OF TRUTH
## And Statement of the Facts

Let the record show I, Caliph Amilcar Bey Wilson El formerly known as Caliph Amilcar Wilson, hereafter, Caliph Amilcar Bey Wilson El, am of lawful age and competent to testify state as follows based on my own personal knowledge:

23     On June 21, 2013, at approximately 1:44 p.m., Plaintiff Caliph Amilcar Bey Wilson El was traveling in his vehicle for pleasure. While traveling east on Greenwich Avenue Between 10th Street and Perry Street, Manhattan County New York. Plaintiff noticed blue flashing lights coming from the rear of his vehicle for pleasure. After coming into the awareness that the flash lights were coming from a New York City Police vehicle Plaintiff navigated his vehicle for pleasure to the shoulder of the road nearby.

24     Without any basis to formulate a reasonable articulable suspicion that New York City Police Officers, Daniel Omahoney (NYPD) Badge #1637, TAX #950980 and Brian K. Garcia (NYPD) TAX #950965 engaged in or was

about to engage in criminal conduct, Defendant Daniel Omahoney stopped Plaintiff Caliph Amilcar Bey Wilson El when he was traveling east on Greenwich Avenue Between 10th Street and Perry Street, Manhattan County New York. Defendant Daniel Omahoney was driving with Defendant Brian K. Garcia. Defendant Daniel Omahoney and Defendant Brian K. Garcia approached Plaintiff in aggression with their hands on their guns while Plaintiff was in his vehicle for pleasure causing no harm. Plaintiff feared for his life as several innocent people have been out right murdered by police officers all over the land of North America falsely called United States (Inc). Defendant Daniel Omahoney demanded Plaintiff wind his window under the threat of arms.

25  After giving Defendant Daniel Omahoney the driver's license, registration and insurance card that he demanded under the threat of arms with his hand on his gun. Plaintiff Caliph Amilcar Bey Wilson El asked Defendant Daniel Omahoney why he was being stopped. Defendant Daniel Omahoney told Plaintiff that he had failed to indicate a turn before changing lanes and turning.

26. Plaintiff Caliph Amilcar Bey Wilson El informed Defendant Daniel Omahoney that he did exactly that Plaintiff stated "I did exactly that, I put on my blinker before switching lanes and before turning".

27. Defendant Daniel Omahoney looks over at his partner (in crime) Defendant Brian K. Garcia who was on the opposite side of the vehicle for pleasure and says "do you smell that?" Defendant Brian K. Garcia responded by telling Defendant Daniel Omahoney that he did not smell anything.

28. Defendant Daniel Omahoney says to Plaintiff "if you have some weed its ok you can show me, I'll just give you a summons that's better than me having to trash your whole car."

29. Plaintiff Caliph Amilcar Bey Wilson El asserts that he does not have any weeds, and then Defendant Brian K. Garcia responded by telling Plaintiff to

"just give us what you have so we don't have to search your whole car." (Under the threat of arms)

30.   Plaintiff Caliph Amilcar Bey Wilson El verbally asserted his non consent of the stop and gave Daniel Omahoney and Defendant Brian K. Garcia notice of Plaintiff's non-consent.

31.   Under the threat of arms Defendant Daniel Omahoney reached into the window and removed the keys out the ignitions of Plaintiff vehicle for pleasure.

32.   Under the threat of arms Defendant Daniel Omahoney opened the said vehicle door and forced Plaintiff Caliph Amilcar Bey Wilson El to get out of his vehicle for pleasure under the threat of arms.

33.   Under the threat of arms Defendant Daniel Omahoney shackled Plaintiff arms towards the back of his body and forced him to stand to rear of said vehicle while searching his person and said vehicle for pleasure with consent and due process.

34.   Under the threat of arms Defendant Daniel Omahoney and Defendant Brian K. Garcia caused, Plaintiff Caliph Amilcar Bey Wilson El to be captured, harassed, held against his will, unlawfully imprisoned, and falsely arrested without due process or consent.

35.   Defendant Daniel Omahoney conducted a constructed fraud by conspiring with the District Attorney CYRUS R. VANCE, JR., by and through Assistant District Attorney KELLI CLANCY for New York County New York to proceed against Caliph Amilcar Bey Wilson El without a fact witness to a injured party, damaged property or a breach of contract to empower the court with subject matter jurisdiction in the Supreme Court of the State of New York, New York County Case No. 2013-NY-048728.

36.   Defendant Daniel Omahoney gave false statements and charges against Plaintiff Caliph Amilcar Bey Wilson El in the Supreme Court of the State of New York, New York County Case No. 2013-NY-048728 in Criminal Court.

37.   All Defendants herein are fully liable for abuse of power, assault and battery, trespass, violation of the right to privacy, negligence, violation of rights otherwise guaranteed under the Constitution and the laws of the State of New York, Making False Statement, Dishonor, Constructive Fraud, Misrepresentation dishonest service, aggravation, inconvenience, defamation, and intentional affliction of emotional duress plus other damages caused by Defendant Daniel Omahoney and his partner (in crime) Defendant Brian K. Garcia herein.

38.   Defendant Daniel Omahoney and his partners (in crime) Defendant Brian K. Garcia and District Attorney CYRUS R. VANCE, JR., by and through Assistant District Attorney KELLI CLANCY rely on the ignorance and fear of We the People not to asserts our unalienable rights and hold them liable for abuse of power, assault and battery, trespass, violation of the right to privacy, negligence, violation of rights otherwise guaranteed under the Constitution and the laws of the State of New York, Making False Statement, Dishonor, Constructive Fraud, Misrepresentation dishonest service, aggravation, inconvenience, defamation, and intentional affliction of emotional duress plus other damages caused by Defendant Daniel Omahoney and his partner (in crime) Defendant Brian K. Garcia against Plaintiff Caliph Amilcar Bey Wilson El herein referenced.

39.   Plaintiff Caliph Amilcar Bey Wilson El believes that the State of New York and City are in violation of the Tenth Amendment, SEE *Bond vs. United States,* 564 U. S. (2011) on appeal, and  Plaintiff Caliph Amilcar Bey

Wilson El common and natural Law rights. Plaintiff Caliph Amilcar Bey Wilson El is of the opinion that all Statutory Regulations are in violation of his common Law and natural Law rights. Plaintiff Caliph Amilcar Bey Wilson El is not a public servant and any claim to the contrary must be provided by payroll records and my allege public servant title, sworn under penalty of perjury and full commercial liability. Plaintiff Caliph Amilcar Bey Wilson El was not operating a "for profit" business using the highways, roads or streets for any city, county and/or State of New York or City of New York using a commercial motor vehicle. Plaintiff Caliph Amilcar Bey Wilson El claims the Common Law jurisdiction at all times. Plaintiff Caliph Amilcar Bey Wilson El has not harmed anyone. Plaintiff Caliph Amilcar Bey Wilson El has not damaged any property. Plaintiff Caliph Amilcar Bey Wilson El has not breached any contracts. Plaintiff Caliph Amilcar Bey Wilson El does not consent to the unlawful proceeding in the Supreme Court of the State of New York, New York County Case No. 2013-NY-048728 and One waives the compelled benefit. Plaintiff Caliph Amilcar Bey Wilson El does not surrender any natural or common law rights in the Supreme Court of the State of New York, New York County Case No. 2013-NY-048728 in Criminal Court proceedings. Caliph Amilcar Bey Wilson El does not plead to the courts of contracts or the courts of admiralty.

40.    No fact appears on record in the Supreme Court of the State of New York, New York County Case No. 2013-NY-048728 whether by deposition, admission; answer to interrogatory or fact affidavit to support District Attorney CYRUS R. VANCE, JR., and Assistant District Attorney KELLI CLANCY and Officer DANIEL O'MAHONEY Complaint, indictments, motions and/or pleadings in the Supreme Court of the State of New York,

New York County Case No. 2013-NY-048728.  By simple examination of Title 18 U.S.C. Section 241 and 242, (1) Defendants(s) "et al" blatantly denied the Petitioner herein excess to the Grand Jury Proceedings, a denial of due process; (2) The warrant was issued illegally and Petitioner herein was unlawfully arrested with no breach of the peace being committed, and incarcerated without due process; (3) The rules of procedure to issue said warrant were openly violated in several aspects, without heed to procedural due process; (4) Petitioner herein had no effective assistance of counsel at the time of arrest, or before, during and after trial in violation of due process; (5) District Attorney CYRUS R. VANCE, JR., and Assistant District Attorney KELLI CLANCY and Officer DANIEL O'MAHONEY "et al" agents lacked jurisdiction with which to conduct said proceedings in violation of procedural due process; (6) There was no Affidavits by Fact witness to support an Indictment or charge; There was no Indictment or charges sign by a prosecutor for any judge to establish subject matter jurisdiction to try the charges against Petitioner; (7) Petitioner herein is Plaintiff Caliph Amilcar Bey Wilson El without his consent was branded and forced to wear the chattel slave name [WILSON CALIPH] caused by in order to maintain servitude slavery and hide the true identity of Petitioner Caliph Amilcar Bey Wilson El which is in violation to the 13th amendments; (8) Petitioner Caliph Amilcar Bey Wilson El was robbed  striped of his Moorish  Pedigree Family Name and Moorish Nationality Birthrights to be Free by Respondents in violation of Principal III. Of The United Nations, Declaration of the Rights of the Child.

41.  Defendants herein are all fully liable for the Civil rights violations, shackling and holding Plaintiff Caliph Amilcar Bey Wilson El against his will / False Imprisonment for a Ransom under the threat of arms which is a abuse of

power, assault and battery, trespass, violation of the right to privacy, negligence, violation of rights otherwise guaranteed under the Constitution and the laws of the State of New York, Making False Statements, unlawful arrest, Kidnapping, Slander, Character Assassination, Defamation of Character, Making False Statement, Dishonor, Constructive Fraud, Misrepresentation dishonest service, aggravation, inconvenience, defamation, and intentional affliction of emotional duress plus other damages and there is no evidence to the contrary.

42. Defendants Daniel Omahoney and Defendant Brian K. Garcia jointly and severally, have committed the following wrongful acts against Plaintiff Caliph Amilcar Bey Wilson El; assault and battery, trespass, violation of the right to privacy, negligence, violation of rights otherwise guaranteed under the Constitution and the laws of the State of New York, Making False Statement, Dishonor, Constructive Fraud, Misrepresentation, dishonest service, aggravation, inconvenience, defamation, and intentional affliction of emotional duress plus other damages the court may find reasonable, lawful, and just and there is no evidence to the contrary. Pro se litigants may be entitled to Attorney fees and costs under the Civil Rights Attorney's Fee Award Act of 1976, 90 Stat. 2641, as amended 42 USC 1988.

## Plaintiff' Claims Against the City, Commissioner Bill Bratton And Mayor Bill de Blasio Pursuant to 42 U.S.C. § 1983

43. Plaintiff repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

44. Defendants City, Commissioner Bill Bratton and Mayor Bill de Blasio have directly and proximately caused the NYPD's policy, practice and/or custom

of suspicion-less stops searches and seizures in violation of the Fourth and Fourteenth Amendments, with deliberate indifference to the constitutional rights of Plaintiff Caliph Amilcar Bey Wilson El by devising, implementing, enforcing, adopting, sanctioning and ratifying a policy, practice and/or custom of

(a)     failing to properly screen, train, and supervise NYPD officers; (b) failing to adequately monitor and discipline the NYPD and its officers; and (c) encouraging, sanctioning and failing to rectify the NYPD's constitutional abuses.

45.     As a direct and proximate result of the aforesaid acts and omissions, Defendants City, Commissioner Bill Bratton and Mayor Bill de Blasio, have each deprived Plaintiff Caliph Amilcar Bey Wilson El of his Fourth and Fourteenth Amendment rights in violation of 42 U.S.C. § 1983.

46.     The acts and omissions of Defendants Commissioner Bill Bratton and Mayor Bill de Blasio explained herein were intentional, wanton, malicious, reckless and oppressive, thus, entitling Plaintiff to an award of punitive damages. In engaging in such conduct, Commissioner Bill Bratton and Mayor Bill de Blasio acted beyond the scope of their jurisdiction, without authority under law, and in abuse of their powers.

## Violation of Rights Under New York Law

47.     Plaintiff repeats and re-alleges paragraphs 1 through 46 as if fully set forth herein.

a) By the actions described above, each and every Defendant herein, jointly and severally, has committed the following wrongful acts against the named Plaintiff herein which are tortious under the Constitution and laws of the State of New York:

b) assault and battery;

c) t r e s p a s s ;

d) violation of the right to privacy;

e) negligence; and

e) violation of rights otherwise guaranteed under the Constitution and the laws of the State of New York.

48. In addition, by the actions described above, Defendants Daniel Omahoney and Defendant Brian K. Garcia jointly and severally, have committed the following wrongful acts against Plaintiff Caliph Amilcar Bey Wilson El, which are tortious under the Constitution and laws of the State of New York:

a) false arrest; and

b) false imprisonment

49. In addition, Defendants City of New York, Commissioner Bill Bratton and Mayor Bill de Blasio were negligent in their hiring, screening, training, supervision and retention of Defendant Daniel Omahoney and Defendant Brian K. Garcia.

50. The foregoing acts and conduct of Defendant Daniel Omahoney and Defendant Brian K. Garcia were a direct and proximate cause of injury and damage to the named Plaintiff Caliph Amilcar Bey Wilson El and violated the statutory and common law rights as guaranteed to him by the Constitution and laws of the State of New York.

51. Plaintiff repeats and re-alleges paragraphs 1 through 50 as if fully set forth herein.

52. The conduct of Defendants Officers Daniel Omahoney and Brian K. Garcia occurred while they were on duty, in and during the course and scope of their duties and functions as New York City police officers, and while they were acting as agents and employees of Defendant City. As a result, Defendant City is liable to Plaintiff under the doctrine of respondent superior.

## REMEDY SOUGHT

**WHEREFORE,** the named Plaintiff prays that the Court will:

a)  Issue a judgment declaring that the NYPD's policy, practice and/or custom of suspicion-less stops searches and seizures challenged herein is unconstitutional in that it violates the Fourth and Fourteenth Amendments to the United States Constitution, Title VI, and the Constitution and laws of the State of New York, and that its implementation, enforcement and sanctioning by NYPD officers is a direct and proximate result of the following policies, practices and/or customs of the City, Commissioner Bill Bratton and Mayor Bill de Blasio:

i)  failing to adequately screen, train and supervise officers;

ii)  failing to adequately monitor the NYPD and its officers and discipline those NYPD officers who violate the constitutional rights of residents of the communities they patrol; and

iii)  encouraging, sanctioning, and failing to rectify the NYPD's unconstitutional stops searches and seizures.

c)  Issue an order for the following injunctive relief:

i)  enjoining the NYPD from continuing its policy, practice and/or custom of suspicion-less stops searches and seizures;

ii)  enjoining the NYPD from continuing its policy, practice and/or custom of conducting stops frisks and seizures based on racial and/or national origin profiling;

enjoining the use of formal or informal productivity standards or other de facto quotas for arrests and/or stops searches and seizures by NYPD officers;

iii)  requiring the City, Commissioner Bill Bratton and Mayor Bill de Blasio to institute and implement improved policies and programs with respect to training, discipline, and promotion designed to eliminate the NYPD's policy, practice and/or custom of suspicion-less stops searches and seizures;

iv)  requiring the City, Commissioner Bill Bratton and Mayor Bill de Blasio to deploy NYPD officers with appropriate and adequate supervision;

v)   requiring the City, Commissioner Bill Bratton and Mayor Bill de Blasio to institute and implement appropriate measures to ensure compliance with departmental directives that NYPD officers complete UF-250's on each and every stop, search and seizure they conduct;

vi)   requiring the City, Commissioner Bill Bratton and Mayor Bill de Blasio to institute and implement appropriate measures to mandate that UF-250's or other documentation be prepared and maintained in an up to date computerized database for each stop conducted by an officer, regardless of whether the stop is followed by the use of force, a frisk, a search, seizure or an arrest; and

vii)   requiring the City of New York, Commissioner Bill Bratton and Mayor Bill de Blasio to monitor stops searches and seizures practices of the NYPD, including periodically and regularly reviewing UF-250 forms and audits conducted of the NYPD's stop search and seizure practices to determine whether reported stops searches and seizures have comported with constitutional requirements.

d)   Award named Plaintiff Caliph Amilcar Bey Wilson El compensatory damages in amount of $5,000,000.00, Five Million (United States) dollars, just and reasonable, to be determined at trial;

e)   Award named Plaintiff Caliph Amilcar Bey Wilson El damages against Defendants City of New York, Commissioner Bill Bratton and Mayor Bill de Blasio, Defendant Daniel Omahoney and Defendant Brian K. Garcia to the extent that their liability is based upon reprehensible actions and/or inaction undertaken in their individual capacities, in an amount $5,000,000.00, Five Million (United States) dollars and reasonably designed to punish and deter said reprehensible conduct, to be determined at trial;

Award all Plaintiff herein, reasonable attorneys' fees pursuant to 42 U.S.C. § 1988;

g)   Award all Plaintiff, costs of suit pursuant to 42 U.S.C. §§ 1920 and 1988; and

h)   Award such other and further relief as this Court may deem appropriate and

# AFFIDAVIT

STATE OF NEW YORK
COUNTY OF _Manhattan_

I, Caliph Amilcar Bey Wilson El being domiciled in care of:
421, 8th Avenue New York, New York near;[10001], and;

1. Being a American National American Moor and;

2. Being of the age of Majority, and;

3) Submitted the attached COMPLAINT FOR
   DECLARATORY AND INJUNCTIVE RELIEF AND
   INDIVIDUAL DAMAGES  in the U.S. District Court for
   the Southern District of New York, says;

4  I do hereby affirm that the allegations contained therein are
   true to my best knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

Respectfully submitted on this _12_ day of November, 2014

_Caliph Amilcar Bey Wilson El._
Caliph Amilcar Bey Wilson El, Pro se
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of:  421, 8th Avenue
New York, New York Republic state
North America near [10001]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JURAT

State of New York        )
                         )  solemnly affirming
County of _K'RW_          )  and subscribing

By: _Caliph Amilcar Bey (Wilson El)_
   Caliph Amilcar Bey Wilson El, Pro se

On _12_, day of November, 2014 personally appeared before me, Caliph
Amilcar Bey Wilson El whose names are subscribed in the within
instrument, and acknowledged to me that he executed the same.

Witness my hand and official seal         By: _____
                                                      Notary Public

My commission expires: 3/31/2015

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

**Of Pro se, Counsel:**
**Caliph-Almicar-Bey: Wilson-El,**
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of:  421, 8th Avenue
New York, New York Republic state
North America near [10001]

**PLEASE SERVE DEFENDANT AT:**
**Commissioner Bill Bratton**
New York City Police Department
c/o: Commissioner Bill Bratton
One Police Plaza
New York, N.Y. 10038

**PLEASE SERVE DEFENDANT AT:**
**Mayor Bill de Blasio**
Office of the Mayor of New York City
In care of: Mayor, Bill de Blasio
New York City Hall
260 Broadway
Manhattan, New York City 10007

**PLEASE SERVE DEFENDANT AT:**
**Daniel Omahoney**
New York City Police Department
Precinct # 006
c/o: Officer Daniel Omahoney
Badge #1637, Tax #950980
233 W 10th St, New York, NY 10014

**PLEASE SERVE DEFENDANT AT:**
**City of New York**
Office of the Mayor of New York City
New York City Hall
260 Broadway
Manhattan, New York City 10007

**PLEASE SERVE DEFENDANT AT:**
**Brian K. Garcia**
New York City Police Department
Precinct # 006
c/o: Officer Brian K. Garcia
Tax #950965
233 W 10th St, New York, NY 10014

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND INDIVIDUAL DAMAGES was deposited into the U.S. Mail upon the following:

TO:

      Assistant Corporation Counsel
      Corporation Counsel of the
      City of New York 100 Church Street
      Room 3458
      New York, NY 10007

Respectfully submitted this 12 day of November, 2014

Caliph Amilcar Bey Wilson El, Pro se

# Caliph Amilcar Bey Wilson El

## VERIFICATION FOR COMPLAINT/PETITION

I, Caliph Amilcar Bey Wilson El, declare as follows:

1) I am named as the Plaintiff in the above-entitled matter.

2) I have read the foregoing COMPLAINT FOR
   DECLARATORY AND INJUNCTIVE RELIEF AND
   INDIVIDUAL DAMAGES and attached Affidavit, and know
   the facts therein stated to be true and correct.

   I declare, under penalty of perjury pursuant to the laws of
the United States of America, that the foregoing is true and
correct to the best of my knowledge and belief.

Executed on this /2 day of November, 2014

Caliph Amilcar Bey Wilson El, Pro se
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of: 421, 8th Avenue
New York, New York Republic state
North America near [10001]

equitable, including injunctive and declaratory relief as may be required in the interests of justice.

Respectfully submitted this _12_ day of November, 2014

Caliph Amilcar Bey Wilson El, Pro se
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of:  421, 8th Avenue
New York, New York Republic state
North America near [10001]

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing Notice of Complaint Action filed in the United States District Court for the Southern District of New York served via U.S. Mail to the following:

TO:  Gleen F. Hardy
     Public Defender
     226 Seventh Street
     Room 302
     Garden City, New York, 11530

Respectfully submitted this day _12_ of November, 2014

Caliph-Amilcar: Wilson, Sui juris/Pro se